

# United States Court of Appeals
# for the Fifth Circuit

**A True Copy**
**Certified order issued Mar 14, 2022**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 22-90002

_____

CONNIE BOURQUE, *on behalf of herself and all others similarly situated*,

          *Plaintiff—Respondent*,

versus

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

          *Defendant—Petitioner*.

_____

Motion for Leave to Appeal
under FED. R. CIV. P. 23(F)
USDC No. 6:19-CV-1359

_____

Before SMITH, HIGGINSON, and WILLETT, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that the Petitioner's motion for leave to appeal under FED. R. CIV. P. 23(F) is GRANTED.